**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6937**

———————

MR. DOUGLAS M. ROSEBY,

        Plaintiff – Appellant,

    v.

MR. PAUL E. BUDLOW, et al.,

        Defendant – Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.  (8:10-cv-00417-AW)

———————

Submitted:  April 14, 2011        Decided:  May 3, 2011

———————

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Douglas M. Roseby, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas M. Roseby appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint, without prejudice, as not cognizable under Heck v. Humphrey, 512 U.S. 477 (1994). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See Roseby v. Budlow, No. 8:10-cv-00417-AW (D. Md. Mar. 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED